```
1   Al Lustgarten, Bar # 189503
    Lustgarten Law
2   30851 Agoura Rd # 114
    Agoura Hills, Ca 91301
3   Phone; 818-907-5866   Fax 818-461-5959
    Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,           )
                                       )
          Plaintiff,        vs.        )   Case No.: 2:13-CV-09066-WDK-PLA
                                       )
FREDY ADEIAYDO RODAS VALLADARES, et al,)   **RENEWAL OF JUDGMENT BY CLERK**
                                       )
          Defendant,                   )
_____)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Fredy Adeiaydo Rodas Valladares, aka Fredy Valladares, an individual and d/b/a Restaurant Clariza aka Clariza Restaurante entered on September 26, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment | $ 2,620.00 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | **$ 2,620.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 2,620.00** |
| f. | Interest after judgment (.12%) | $ 35.33 |
| g. | Fee for filing renewal of application | $ 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | **$ 2,655.33** |

Dated: May 30, 2024            CLERK, by Deputy  *Sharon Hall Brown*

Renewal of Judgment